United States District Court
Southern District of Texas
FILED

OCT 0 5 2016

David J. Bradley, Clerk of Court

Cameron County District Court
Southern District Of Texas

Rodrigo Cantu-Estrada *
(Defendant) * B12CR338

vs. *

State Of Texas *
(Plaintiff)
*

# Motion Requesting Status Report On Any Pending Warrants

To The Honorable Court:

Comes Now, Defendant, Rodrigo Cantu-Estrada, "pro-se", and very respectfully alleges, states and prays as follows:

1) That if the State Of Texas has any pending warrants against this Defendant then the Defendant seeks a bench warrant before this Honorable Court if pos-

sible by or before January 2,017 due to the Defendant finishing his federal Sentence at that time and being deported to Mexico.

Wherefore, Defendant, Rodrigo Cantu-Estrada, very respectfully requests that this Honorable Court entertains and grants this motion.

Respectfully Submitted!

On this 29th day of September 2,016.

By. Rodrigo Cantu-Estrada
Reg. No. 11055-379
Yazoo City F.C.C.
United States Penitentiary
P.O. Box 5,000
Yazoo City, MS 39194.

11055379

Rodrigo Cantu-Estrada #11055-379
Federal Correctional Complex-USP-
P.O BOX 5000
Yazoo City, Mississippi 39194

JACKSON MS 390
30 SEP 2016 PM 1 1




MAIL
United States District Court
Southern District of Texas

OCT 05 2016

RECEIVED
David J. Bradley, Clerk of Court

*Legal mail
Enclosed

78520-717699

Cameron County Clerk
600 E. Harrison st.
Brownsville, Texas
78520