United States District Court
Southern District of Texas
**ENTERED**
September 29, 2017
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# for the
# SOUTHERN DISTRICT OF TEXAS

## Report on Offender Under Supervision – No Court Action Required

Name of Offender: Rodrigo Cantu-Estrada  Case Number: 1:12CR00338-001

Name of Sentencing Judge: The Honorable U.S. District Hilda G. Tagle

Date of Original Sentence: December 6, 2012

Original Offense: Alien Unlawfully Found in the United States After Deportation, Having Previously Been Convicted of an Aggravated Felony, in violation of Title 8 U.S.C. §§ 1326(a) and 1326(b)(2)

Original Sentence: 60 months custody of the U.S. Bureau of Prisons, followed by a 3 year(s) term of supervised release.

Type of Supervision: Supervised Release  Supervision Started: February 8, 2017

---

## EARLIER COURT ACTION

None.

---

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **1** | **Mandatory Condition: Shall not commit another federal, state, or local crime (Assaulting a person)** |

**Details:** On or about June 11, 2017, in the County of Pulaski and the State of Illinois, Rodrigo Cantu-Estrada committed the offense of assault; to wit: did then and there intentionally, knowingly or recklessly caused bodily injury to detainee Victor Hermida (victim) in violation of Correctional State Facility Code 101.

On June 11, 2017, Correctional Officer interviewed victim Victor Hermida after he was physically assaulted by another detainee. The victim was unable to provide any details to the assault and explained he became unconscious during the assault.

The Correctional Officer reviewed the video recordings and revealed that Rodrigo Cantu-Estrada and the victim were in a verbal confrontation. The video shows that Cantu-Estrada punched the victim in the face. The victim fell to the floor and Mr. Cantu-Estrada continued the assault by repeatedly kicking the victim in the face. Subsequently, Correctional Officers interviewed Mr. Cantu-Estrada and placed him in segregation pending further investigation.

**U.S. Probation Officer Action:**

On February 2, 2017, Cantu-Estrada was released from the custody of the U.S. Bureau of Prisons and transferred to the custody of immigration officials for removal proceedings. During the custodial status of Cantu-Estrada at the Pulaski County Detention Center, he assaulted another detainee. The assault charge was handled administratively with 30 days of disciplinary segregation. The officials at Pulaski County Detention Center informed no formal charges will be filed with the Pulaski County Attorney's Office.

Since the offender has completed his 30 days of disciplinary segregation, the United States Probation recommends no action be taken at this time and the Court reserve the right to address this violation at a later date.

Approved:

Mariano Marroquin, Supervising
United States Probation Officer
Date 09/28/2017

Respectfully submitted,

By:

Stephen Alvarez
United States Probation Officer
291557

[X] Court Concurs with Recommended Action

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other:

Rolando Olvera
United States District Judge

September 29, 2017
Date