United States District Court
Southern District of Texas
**ENTERED**
April 11, 2019
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## Southern District of Texas
**Holding Session in Brownsville**

UNITED STATES OF AMERICA
**V.**
**RODRIGO CANTU-ESTRADA**

## JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

CASE NUMBER: **1:12CR00338-001**
USM NUMBER: 11055-379

☐ See Additional Aliases.

Cerise Reyna de Garduno
Defendant's Attorney

**THE DEFENDANT:**
☒ admitted guilt to violation of condition(s) Mandatory of the term of supervision.
☐ was found in violation of condition(s) ____________ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Mandatory Condition: Possession of Marihuana | 01/07/2019 |
| 2 | Mandatory Condition: Possession of Marihuana | 01/14/2019 |
| 3 | Mandatory Condition: Possession of Marihuana | 01/16/2019 |
| 4 | Mandatory Condition: Possession of Marihuana | 01/21/2019 |

☐ See Additional Violations.

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) ____________ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: XXX-XX-None

Defendant's Date of Birth: XX/XX/1982

Defendant's Residence Address:
Texas

Defendant's Mailing Address:
Texas

March 27, 2019
Date of Imposition of Judgment

Signature of Judge

**ROLANDO OLVERA**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

April 11, 2019
Date

SA/291557
AM

DEFENDANT: **RODRIGO CANTU-ESTRADA**
CASE NUMBER: **1:12CR00338-001**

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 5 | Mandatory Condition: Possession of Marihuana | 02/04/2018 |

☐ See Additional Violations.

DEFENDANT: **RODRIGO CANTU-ESTRADA**
CASE NUMBER: **1:12CR00338-001**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 6 months.

☐ See Additional Imprisonment Terms.

☒ The court makes the following recommendations to the Bureau of Prisons:
The defendant receive drug rehabilitation treatment while in custody.

The defendant be placed in a FCI facility at Coleman II in Florida.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
- ☐ by ______________ ☐ a.m. ☐ p.m. on ________________ .
- ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
- ☐ before 2 p.m. on ______________________________.
- ☐ as notified by the United States Marshal.
- ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

______________________________________________
______________________________________________
______________________________________________

Defendant delivered on ____________________________ to ________________________________
at ____________________________, with a certified copy of this judgment.

______________________________
UNITED STATES MARSHAL

By ______________________________
DEPUTY UNITED STATES MARSHAL